UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYL HOOD, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-02368 |
| KILOLO KIJAKAZI, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on March 3, 2023. Doc. #24. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Substantial evidence supports the administrative law judge's decision that Plaintiff was not disabled within the meaning of the Social Security Act from April 15, 2016, through the date of the judge's decision. Therefore, Defendant's Motion for Summary Judgment (Doc. #19, Ex. 2) is GRANTED, Plaintiff's Motion for Summary Judgment (Doc. #18) is DENIED, and the administrative law judge's decision is AFFIRMED. This case is hereby DISMISSED.

It is so ORDERED.

MAR 2 0 2023
_____          _____
Date                                The Honorable Alfred H. Bennett
                                    United States District Judge